DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulane Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MAXIMO CAMPOS-ABRAHAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 1:10-cr-0104 AWI |
| Plaintiff, | ) STIPULATION AND ORDER TO ADVANCE ) STATUS CONFERENCE HEARING |
| v. | ) DATE:   August 30, 2010 |
| MAXIMO CAMPOS-ABRAHAM, | ) TIME:   9:00 A.M. ) JUDGE:  Anthony W. Ishii |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

counsel that the status hearing in the above-captioned matter now set for September 13, 2010, **may be**

**advanced to August 30, 2010 at 9:00 A.M.**

This advancement of the court date is at the request of the defense as Mr. Campos-Abraham

wishes to enter his plea and be sentenced as soon as possible.  Mr. Campos-Abraham is having some

health problems and feels his medical needs will be better addressed at the Bureau of Prisons.

///

///

///

///

///

///

1          BENJAMIN B. WAGNER
           United States Attorney
2
DATED: August 24, 2010          By:    /s/ Susan Phan
3                                       SUSAN PHAN
                                        Assistant United States Attorney
4                                       Attorney for Plaintiff

5          DANIEL J. BRODERICK
           Federal Defender
6
7   DATED: August 24, 2010     By:    /s/ Charles J. Lee
                                      CHARLES J. LEE
8                                     Assistant Federal Defender
                                      Attorney for Defendant
9                                     MAXIMO CAMPOS-ABRAHAM

10

11

12

13                          **O R D E R**

14

IT IS SO ORDERED.

15

16   Dated:   ___August 24, 2010___          _____
                                             CHIEF UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Advance Status Conference          2